Judge John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
IN SEATTLE

| | |
|---|---|
| TERESA RAPISARDO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>　　　　Defendant | C05-0482 JCC-JPD<br><br>PROPOSED ORDER FOR ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

This matter comes before the Court on the Plaintiff's Motion for Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act. (Dkt. No. 20.)  Defendant does not oppose the motion.  Accordingly, the Court hereby GRANTS Plaintiff's motion and ORDERS that Jon Mueller be awarded $5391.55 in fees and $250.00 in court costs, for a total of $5641.55 under the Equal Access to Justice Act.

SO ORDERED this 14th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE